IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

)
)
)

**TRIAL SCHEDULING NOTICE**

The following cases will be called for trial in approximately the order listed during the week of July 10 and during July 26, 27, and 28, 2006:

| Civil No. | Case |
|---|---|
| 8:04CV613 | *Hill v. Emergency Dental* |
| 8:04CV576 | *Rodriguez v. UPRR* |
| 8:05CV276 | *Otoe County School District No. 111 v. Invensys Building* |
| 8:05CV273 | *Keim v. Alberts* |

Any of theses cases not tried or settled in July will be tried on or after August 7, 2006.

The following cases will not be called for trial until on or after August 7, 2006:

| Civil No. | Case |
|---|---|
| 8:04CV596 | *Nelson v. Dunning* |
| 8:03CV214 | *infoUSA v. Dallas* |

Dated this 22nd day of May, 2006.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
Sitting by Designation