**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **INFOUSA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:03CV214 |
| vs. | ) | |
| | ) | ORDER |
| **BOB DALLAS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon the oral joint request of counsel for the parties, the **pretrial conference** previously scheduled for July 7, 2006, at 2:30 p.m. is hereby **rescheduled to July 21, 2006, at 9:00 a.m.**

DATED this 6th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge