# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INFOUSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03CV214 |
| v. | ) | |
| | ) | ORDER |
| BOB DALLAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Following a conference with all counsel of record on July 21, 2006, wherein all counsel represented that all claims in this matter have been settled,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of **all** claims of this case **on or before August 1, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 21st day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge