IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOUSA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>BOB DALLAS, an individual, d/b/a Genesis Mail; A ROAD TO SUCCESS, INC., a terminated Virginia corporation; and AYEMEN MOHAMED, an individual, d/b/a A Road to Success, Inc.,<br><br>        Defendants, | CASE NO.: 8:03CV214<br><br>**ORDER OF DISMISSAL** |

This matter is before the court on the parties' joint stipulation for dismissal with prejudice (Filing No. 162). The court, being fully advised in the premises, finds the joint stipulation for dismissal should be granted.

IT IS ORDERED:

1. The parties' joint stipulation for dismissal (Filing No. 162) is GRANTED, and all claims, counterclaims, and any other claims brought by or against any party to this action are dismissed with prejudice, each party to pay its own costs.

DATED this 7th day of August, 2006.

BY THE COURT:


/s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)